UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL HINTZ | CIVIL ACTION |
| VERSUS | NO.: 18-5582 |
| BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT, et al | SECTION: A/1 |

## ORDER TRANSFERRING CASE

The Court has been informed that the above-captioned matter is related to Civil Action No. 18-1935, *Stephen Carrier vs Essence Festivals Productions, LLC, et al,* currently allotted to Section R/1 of this Court.

Accordingly, **IT IS ORDERED** that this matter is hereby transferred to Section R/1.

New Orleans, Louisiana, this _____ day of June 2018.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

6/5/18
TRANSFERRED TO
**SECT. R**