UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL HINTZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5582** |
| **BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT, ET AL.** | **SECTION "R"(1)** |

O R D E R

**IT IS ORDERED** that the above captioned matter and Civil Action No. 18-1935, *Stephen Carrier v. Essence Festivals Productions, LLC, et al.*, are hereby consolidated.

**IT IS FURTHER ORDERED** that the June 14, 2018 preliminary telephone conference set in Civil Action No. 18-1935 is hereby cancelled to allow the parties the opportunity to file responsive pleadings.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating

a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents in the master record necessary to the continued litigation of the separated case and to file such designation with the clerk within seven days of the deconsolidation order.

**New Orleans, Louisiana, this 5th day of June, 2018.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**